**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JASVIR SINGH, | No.   16-72321 |
| Petitioner, | Agency No. A078-674-087 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 15, 2017**

Before:     CANBY, TROTT, and GRABER, Circuit Judges.

Jasvir Singh, a native and citizen of India, petitions for review of the Board

of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration

judge's decision denying his motion to reopen removal proceedings.  Our

jurisdiction is governed by 8 U.S.C. § 1252.  We review for abuse of discretion the

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

denial of a motion to reopen.  *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010).  We deny the petition for review.

The agency did not abuse its discretion by denying Singh's motion to reopen where it was filed thirteen years after his final order of removal, *see* 8 C.F.R. § 1003.23(b)(1), and where Singh failed to establish materially changed circumstances in India to qualify for the regulatory exception to the time limitation, *see* 8 C.F.R. § 1003.23(b)(4)(i); *Najmabadi*, 597 F.3d at 990 (evidence must be "qualitatively different" to warrant reopening).

**PETITION FOR REVIEW DENIED.**